O Send

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )        CR 08-909-GW
            Plaintiff,              )
                                    )   ORDER [OF DETENTION] [SETTING
      v.                            )   CONDITIONS OF RELEASE] AFTER HEARING
                                    )        (18 U.S.C. § 3148(b):
JOHN GEISER                         )     (Allegations of Violation of
                                    )    Pretrial Conditions of Release)
                                    )
            Defendant.              )
_____)

A.

     On motion of the Government involving an alleged violation of
conditions of pretrial release and warrant for arrest issued by [Judge
Wu].

                                    B.

     The court finds there is
(1)
      (A)  ( )  Probable cause to believe that the defendant has
               committed a Federal, State, or local crime while on
               release; or

      (B)  (X)  Clear and convincing evidence that the defendant has
               violated any other condition of release; and

1  (2)

2       (A)   (X)   Based on the factors set forth in 18 U.S.C. § 3142(g),

3                   there is no condition or combination of conditions of

4                   release that will assure that the person will not flee or

5                   pose a danger to the safety or any other person or the

6                   community; or

7       (B)   ( )   The person is unlikely to abide by any condition or

8                   combination of conditions of release.

9                         and/or, in the event of (1)(A)

10  (3)       ( )   There is probable cause to believe that, while on

11                  release, the defendant committed a Federal, State, or

12                  local felony, and the presumption that no condition or

13                  combination of conditions will assure that the person

14                  will not pose a danger to the safety of any other person

15                  or the community has not been rebutted.

16                               or

17  (4)       ( )   The court finds that there are conditions of release that

18                  will assure that the defendant will not flee or pose a

19                  danger to the safety of any other person or the

20                  community, and that the defendant will abide by such

21                  conditions.  See separate order setting conditions.

22        ( )   It is further ordered that this order is stayed for 72

23                  hours in order to allow the Government to seek review

24                  from the [assigned district judge] [criminal duty

25                  district judge].

26                               or

27

28

2

C.

☒   IT IS ORDERED defendant be detained prior to trial.

DATED:  1/14/09

_____

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]